BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHRINE HIRNING JACOB<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01215-KJN (TEMP)<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to April 26, 2016, for Defendant to file her Opposition to Plaintiff's Opening Brief, according to the Court's Scheduling Order.  Defendant respectfully requests this extension to enable additional time to further explore the issues and determine whether settlement of the case is possible.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Date: <u>March 23, 2016</u>              Cerney Kreuze & Lott, LLP

                            By:    <u>/s/ *Shellie Lott*</u>*
                                    SHELLIE LOTT
                                    *By email authorization

                                      Attorney for Plaintiff

Date: <u>March 23, 2016</u>              BENJAMIN B. WAGNER
                                      United States Attorney
                                        DEBORAH L. STACHEL
                                        Acting Regional Chief Counsel
                                        Social Security Administration

                            By:    <u>/s/ *Paul Sachelari*</u>
                                    PAUL SACHELARI
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


                                  <u>ORDER</u>

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 28, 2016

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

/ jacob1215.stip.eot.ord