BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE HIRNING JACOB<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01215-KJN (TEMP)<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, an Administrative Law Judge (ALJ) will re-evaluate the medical source opinions in the record.  The ALJ will further consider Plaintiff's residual functional capacity.  The ALJ will update the medical evidence, and Plaintiff will be offered an opportunity for a hearing. Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

///

///

Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this stipulation.

Respectfully submitted,

Date: <u>April 22, 2016</u>        Cerney Kreuze & Lott, LLP

By:   /s/ *Shellie Lott*\*
      SHELLIE LOTT
      *By email authorization

      Attorney for Plaintiff

Date: <u>April 22, 2016</u>        BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH L. STACHEL
                                    Acting Regional Chief Counsel
                                    Social Security Administration

By:   */s/ Paul Sachelari*
      PAUL SACHELARI
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  April 26, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jacob1215.stip.remand.ord

-2-